# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**RENEE A. REESE**                                                              **PLAINTIFF**

v.                      Case No. 2:19-cv-00007 KGB

**CORRECT CARE SOLUTIONS, LLC**                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Renee A. Reese's claims against defendant Correct Care Solutions, LLC are dismissed with prejudice. The relief requested is denied.

So adjudged this the 17th day of September, 2019.

                                                    _____
                                                    Kristine G. Baker
                                                    United States District Judge